MELINDA HAAG (CABN 132612)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7017
    FAX: (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Petitioner, | |
| v. | VERIFIED PETITION TO ENFORCE <u>INTERNAL REVENUE SERVICE SUMMONS</u> |
| BANK OF AMERICA, INC., | |
| Respondent. | |

Petitioner, the UNITED STATES OF AMERICA, alleges and petitions as follows:

1. This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the InterINC.l Revenue Code (26 U.S.C. §§ 7402 and 7604).

2. Internal Revenue Service Tax Compliance Officer TIM SMITH (hereafter "OFFICER SMITH") is and at all times mentioned herein was an employee and OFFICER of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

//

//

3. OFFICER SMITH is and at all times mentioned herein was attempting in the course of authorized duties to determine the federal income tax liabilities of LYDIA MOTA ("TAXPAYER") for the tax year 2013.

4. OFFICER SMITH is and at all times herein was attempting in the course of authorized duties to interview the RESPONDENT, BANK OF AMERICA, INC., ("RESPONDENT"), the bank where the TAXPAYER's financial records in question are stored, and to have the RESPONDENT produce for inspection, examination and copying by OFFICER SMITH certain records possessed by RESPONDENT which are relevant and material to OFFICER SMITH's attempt to determine and collect the aforementioned federal tax liabilities of the TAXPAYER for the period stated in paragraph 3 above.

5. RESPONDENT is a Delaware corporation with places of business in Salinas, California, which is within the Northern District of California, and within the venue of this Court. TAXPAYER's address is 31 Lombard Circle, Salinas, California, 93902-2037, which is within the venue of this Court.

6. OFFICER SMITH is informed and believes that said RESPONDENT is in possession and control of records, paper and other data regarding income and other matters covered by the inquiry and to which the IRS does not otherwise have access, possession, or control.

7. On December 5, 2014, at 10:00 a.m., in accordance with law, OFFICER SMITH served a summons by certified mail with respect to the subject matter described in paragraphs 3, 4, and 6 above, on RESPONDENT at its last known business address. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

8. The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the determination and collection of the above-mentioned federal tax liabilities of the TAXPAYER for the periods stated in paragraph 3 above. It was and now is essential to completion of OFFICER SMITH's inquiry regarding the determination and collection of the above-mentioned federal tax liabilities that RESPONDENT produce the items demanded by said summons.

9. The summons required RESPONDENT to appear before OFFICER SMITH on January 15, 2015, and to produce documents demanded in the summons and to testify.

//

1  `11. As of the date of this petition, RESPONDENT has failed to comply with the summons.

2  12. All administrative steps required by the Internal Revenue Code for issuance of the summons have
3  been taken.

4  13. There has been no referral to the Department of Justice for criminal prosecution of the matters
5  described in the summons.

6  WHEREFORE, having stated its petition against the RESPONDENT, Petitioner prays for
7  enforcement of the subject summons as alleged and set forth above, as follows:

8  A. That the named RESPONDENT herein be ordered to appear and show cause before this Court, if
9  any, why it should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and
10 to produce such items as are required in the herein above-described summons;

11 B. That RESPONDENT be ordered by the Court to appear before OFFICER SMITH or any other
12 designated OFFICER, at a time and place directed by the Court and then and there give such testimony
13 and produce such items as is required by the summons; and

14 C. That the Court grant the Petitioner UNITED STATES OF AMERICA its costs in this proceeding
15 and such other and further relief as may be necessary and proper.

Respectfully submitted,

MELINDA HAAG
United States Attorney

THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

US v. Bank of America
Petition to Enforce
No.                                3

VERIFICATION

I, TIM SMITH, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Tax Compliance Officer in the San Jose, California office of the Internal Revenue Service of the United States Treasury Department. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2015 at San Jose, California.

_____
TIM SMITH